UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN C. DAVIS, SR.                           CIVIL ACTION

VERSUS                                        NO. 09-7195

MARLIN N. GUSMAN ET AL.                       SECTION "F" (2)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' Motions to Dismiss are **DENIED**, plaintiff's Motion for Summary Judgment is **DENIED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 28th day of April, 2010.

UNITED STATES DISTRICT JUDGE